DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Wright<br><br>Case Below:<br>172 N.C. App. 464 | No. 483A05 | 1. AG's NOA Based Upon a Dissent (COA04-689)<br><br>2. AG's Motion for Temporary Stay<br><br>3. AG's Petition for Writ of Supersedeas<br><br>4. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 09/02/05<br><br>3. Allowed 10/06/05<br><br>4. Denied 10/06/05 |
| State v. Yarrell<br><br>Case Below:<br>172 N.C. App. 135 | No. 448PA05 | 1. AG's Motion for Temporary Stay (COA03-1454)<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. § 7A-31<br><br>4. Def's Motion to Dismiss State's PDR<br><br>5. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Allowed 08/30/05<br><br>2. Allowed 10/06/05<br><br>3. Allowed 10/06/05<br><br>4. Denied 10/06/05<br><br>5. Denied 10/06/05 |
| Stroud v. Williams, Roberts, Young, Inc.<br><br>Case Below:<br>171 N.C. App. 367 | No. 420P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-1302) | Denied 10/06/05 |
| Tiber Holding Corp. v. DiLoreto<br><br>Case Below:<br>170 N.C. App. 662 | No. 368P05 | Defs' PDR (COA04-1184) | Denied 10/06/05 |
| Toomer v. Branch Banking & Tr. Co.<br><br>Case Below:<br>171 N.C. App. 58 | No. 391P05 | Plts' PDR Under N.C.G.S. § 7A-31 (COA04-599) | Denied 10/06/05 |
| Tuttle v. Greer, Inc.<br><br>Case Below:<br>168 N.C. App. 731 | No. 190P05 | Defs' PDR Under N.C.G.S. § 7A-31 (COA04-90) | Denied 10/06/05 |
| Wallace v. TLP Int'l, Inc.<br><br>Case Below:<br>172 N.C. App. 175 | No. 440P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-1326) | Denied 10/06/05 |